IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART LICENSING INTERNATIONAL, INC., | |
| Plaintiff, | Case No.: 1:24-cv-03753 |
| v. | Judge Mary M. Rowland |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 75 | USCANVAS |
| 65 | LOVEINART |
| 70 | MFFFLY |
| 21 | JnXos Store |
| 56 | HIPOCAPO Wall Art |
| 1 | chenwenweius |
| 3 | huijieus |
| 47 | US Art Family |
| 72 | Huacan-us |
| 23 | marketgive |
| 88 | kaomohou |
| 17 | DoMyArt |
| 18 | Prosperous Direct |
| 14 | US Canvas Painting |
| 29 | xianyouxianbangtouzhenchenlengquanbuyijingyingbu |
| 30 | ONEDOUBLE |

DATED:  June 20, 2024	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 20, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt